JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ryan E., <br><br> Plaintiff, <br><br> v. <br><br> Entertainment Industry Flex Plan, and Anthem Blue Cross Life and Health Insurance Company, <br><br> Defendants. | CASE NO. CV-18-3646-MWF (ASx) <br><br> **JUDGMENT FOLLOWING COURT TRIAL** |

This matter came before the Court for a bench trial on December 11, 2018. All claims have now been resolved against all parties, as follows:

On April 30, 2018, Plaintiff Ryan E. commenced this action against Defendants Anthem Blue Cross Life and Health Insurance Company ("Anthem") and Entertainment Industry Flex Plan (the "Flex Plan"). (Docket No. 1).

On September 17, 2018, Defendant Anthem, and all claims against it, was dismissed by the Court's Order re Stipulation to Dismiss Defendant Anthem. (Docket Nos. 25–26).

On January 15, 2019, after a court trial based on the administrative record, the Court ruled in favor of the Flex Plan. (Docket No. 47).

Now, therefore, pursuant to Rules 54(a) and Rule 58(b)(1)(C) of the Federal Rules of Civil Procedure, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment be entered as follows:

1. Judgment on all claims is entered in favor of all Defendants and Plaintiff shall take nothing by way of his Complaint.
2. Defendants are awarded their costs as provided by law.

Dated: January 16, 2019

_____
MICHAEL W. FITZGERALD
United States District Judge