JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RYAN E.,

        Plaintiff,

    vs.

ENTERTAINMENT INDUSTRY
FLEX PLAN; ANTHEM BLUE
CROSS LIFE AND HEALTH
INSURANCE COMPANY,

        Defendants.

CASE NO: 18-3646-MWF (ASx)

**ORDER FOR DISMISSAL WITH
PREJUDICE**

    **Based on the Stipulation of the Parties** and for good cause shown, the Court
hereby dismisses the above-captioned case, with prejudice.  The Parties shall bear
their own costs and fees.

    IT IS SO ORDERED.

Dated: March 2, 2022

_____
MICHAEL W. FITZGERALD
United States District Judge